PER CURIAM.
We strike the imposition of a payment to First Step of Volusia County, Inc. as a special condition of probation. Tibero v. State, 646 So.2d 213 (Fla. 5th DCA 1994) (en banc). As modified, we affirm Adams’ sentences. See Turcotte v. State, 617 So.2d 1164 (Fla. 5th DCA 1993); Toliver v. State, 605 So.2d 477 (Fla. 5th DCA 1992), review denied, 618 So.2d 212 (Fla.1993); King v. State, 557 So.2d 899 (Fla. 5th DCA), review denied, 564 So.2d 1086 (Fla.1990).
AFFIRMED as MODIFIED.
GOSHORN, GRIFFIN and THOMPSON, JJ., concur.